**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**Timothy Paul FLANDERS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.
Decided Sept. 8, 1999.

Joseph P. Burt, Erie, for Timothy Flanders.

Joseph P. Conti, Erie, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

The order of the Superior Court dated September 18, 1998 is vacated and the matter is remanded to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.

**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Timothy Paul FLANDERS, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.
Decided Sept. 8, 1999.

Joseph P. Conti, Marshall J. Piccinini, Erie, Robert A. Graci, Harrisburg, for Com.

James A. Pitonyak, Joseph P. Burt, Erie, for Timothy Paul Flanders.

Karl Baker, Philadelphia, Gary Neil Asteak, Easton, for Amicus-Public Defenders Ass'n.

Stefan Presser, Philadelphia, for Amicus-ACLU.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Erie County Court of Common Pleas dated April 3, 1998.

**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**William TARR, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.
Decided Sept. 8, 1999.

Robert Grossi, Franklin, for Com.

Nanette Crews, Grove City, for William Tarr.